DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

ALLYN RAY SUMMERS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-4217

————————————————

February 2, 2024

Appeal from the Circuit Court for Hillsborough County; Michael S. Williams, Judge.

Joseph H. Lee of Lee Law Group, PLLC, Tampa, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and William C. Shelhart, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

SILBERMAN, BLACK, and SMITH, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.